UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: AIR CRASH AT TAIPEI TAIWAN MULTIDISTRICT LITIGATION, <br><br>-------------------------- <br><br> EVA VAN SCHIJNDEL, individually, as successor in interest and heir of JOHANNES VAN SCHIJNDEL, deceased, and as Personal Representative of the Estate of JOHANNES VAN SCHIJNDEL; et al., <br><br>    Plaintiffs - Appellants, <br><br> V. <br><br> BOEING COMPANY; et al., <br><br>    Defendants - Appellees. | No. 04-55787 <br> D.C. No. MDL-01-01394-GAF <br>          CV-02-02530-GAF <br><br> **JUDGMENT** |

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED & REMANDED**.




Filed and entered 11/15/05

```
A TRUE COPY        11/7/05
ATTEST

CATHY CATTERSON
Clerk of Court

by:_____
        Deputy Clerk

This certification does constitute the
mandate of the court.
```

SCANNED